UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

EDWARD GENE SMITH,

              Defendant.

**SUPERSEDING INDICTMENT**

S1 25 Cr. 4 (PAE)

## COUNT ONE
### (Receipt of Child Pornography)

The Grand Jury charges:

1. From at least on or about June 3, 2023, through at least on or about June 6, 2023, in the Southern District of New York and elsewhere, EDWARD GENE SMITH, the defendant, knowingly received and distributed material that contained child pornography using a means and facility of interstate and foreign commerce and that had been mailed and had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, SMITH received files containing one or more sexually explicit images of a minor, using an electronic device, in New York, New York, via the Internet.

(Title 18, United States Code, Sections 2252A(a)(2)(B) and (b)(1).)

## COUNT TWO
### (Possession of Child Pornography)

The Grand Jury further charges:

2. From at least in or about 2019, through on or about June 26, 2024, in the Southern District of New York and elsewhere, EDWARD GENE SMITH, the defendant, knowingly possessed and accessed with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been

mailed, shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, SMITH possessed sexually explicit images of minors, including images of prepubescent minors and minors who had not attained 12 years of age, on electronic devices, in New York, New York.

(Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).)

## COUNT THREE
### (Possession with Intent to Distribute and Distribution of a Controlled Substance with the Intent to Commit Rape)

The Grand Jury further charges:

3. At least on or about April 23, 2023, in the Southern District of New York and elsewhere, EDWARD GENE SMITH, the defendant, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and with intent to commit a crime of violence against an individual distributed a controlled substance to that individual without that individual's knowledge in violation of Title 21, United States Code, Section 841(b)(7), to wit, SMITH distributed a controlled substance to a particular individual ("Victim-1") without Victim-1's knowledge with the intent to rape Victim-1.

4. The controlled substance involved in the offense was clonazepam, in violation of Title 21, United States Code, Section 841(b)(2).

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(2), and 841(b)(7).)

## COUNT FOUR
### (Falsification of a Document with Intent to Obstruct a Federal Investigation)

The Grand Jury further charges:

5.      At least in or about August 2025, in the Southern District of New York and elsewhere, EDWARD GENE SMITH, the defendant, knowingly altered, destroyed, mutilated, concealed, covered up, falsified, and made a false entry in a record, document, and tangible object with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of a department and agency of the United States, and in relation to and in contemplation of such a matter, to wit, SMITH created a document containing false claims regarding Victim-1's access to SMITH's residence and computer and paid Victim-1 to sign that document, with the intent to impede, obstruct, and influence an investigation by the United States Attorney's Office for the Southern District of New York and the Federal Bureau of Investigation into SMITH's receipt and possession of child pornography.

(Title 18, United States Code, Sections 1519 and 2.)

**FORFEITURE ALLEGATIONS**

6.      As a result of committing the offenses alleged in Counts One and Two of this Superseding Indictment, EDWARD GENE SMITH, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from said offenses and any and all property, real or personal, used or intended to be used to commit or promote the commission of said offenses or traceable to such property, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

7.      As a result of committing the offense alleged in Count Three of this Superseding Indictment, EDWARD GENE SMITH, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from,

any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Assets Provision

8. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

    (Title 18, United States Code, Section 2253;
    Title 21, United States Code, Section 853; and
    Title 28, United States Code, Section 2461.)

_____  
FOREPERSON

_____  
JAY CLAYTON  
United States Attorney