

**Autism Forensics, LLC**
**619 12th Street #95**
**Golden CO, 80402**
**(571) 451-4380 Office**
**(901) 250-8631 Fax**

### Expert Supplement

| | |
|---|---|
| **Client Name:** | Edward Smith |
| **Date of Report:** | 12/09/2025 |
| **Date of Birth:** | 08/24/11975 |
| **Chronological Age:** | 50 years 3 months |
| **Evaluator:** | Laurie Sperry, Ph.D., BCBA-D, MSc Forensic Psychology, Criminal Investigation. #1-13-12858, License # 6378; # 2240 |

**Referral and Scope of Assignment**

     I evaluated Edward over two days (March 16-17, 2025) and spent multiple hours administering assessments to his wife, Heather Rodgers, father, Edward Smith senior and Aunt, Joyce Jackson and interviewing his childhood friend and brother-in-law, Dr. Geoff Beech. Mr. Edward Smith meets criteria for an Autism Spectrum Disorder. Attorney Braverman asked me to opine on an autistic person's ability to understand how other people might view their behavior due to inherent perspective taking deficits. With that understanding in mind, I agreed to review the assessments I had administered to Edward and the relevant literature.

**Theory of Mind Deficits**

     It is well established in the extant literature that people with autism have deficits in Theory of Mind (ToM) (Happe & Frith, 1995). Theory of Mind is the ability to recognize that other people have thoughts, beliefs, values, intentions, knowledge, and emotions that are different from one's own set. ToM is essential in allowing neurotypical people to interpret, predict, and explain the behavior of others. ToM includes the ability to attribute mental states to others, understand that other people's desires and beliefs are different, predict other people's behavior and thinking, and what others might do next. These skills are tied to social competence and successful social interaction. ToM is the foundation of perspective taking, empathy, complex social reasoning, and even the ability to engage in deception. In a study by Margoni and Surian (2016), researchers examined how autistic people understand mental states and make moral judgments. Typically developing children begin to develop Theory of Mind at a very young age

through trial and error and begin to formulate moral judgments by predicting outcomes, the responses of others and consider how others will view their actions. This intent based moral judgment has been demonstrated in typically developing children as young as preschool age (Cushman et al., 2013). Autistic people by contrast have impairments in their ability to develop past trial-and-error stages and towards intent based moral judgments. Instead, they may continue to rely on outcome, in other words, did their strategy work? It is their impairments in ToM that make it difficult to predict the consequences of their actions and how others will view their actions. Rather, they continue to rely on the trial-and-error method for problem solving, especially when the problem before them is either complex or ambiguous.

**Impact of Perspective Taking Deficits on Intentionality and Consideration of Harmfulness**

Kernahan et al. (2025) conducted a study that investigated the impact of autism and impairments in ToM on an autistic person's ability to reason about the wrongfulness of criminal behavior by comparing non-autistic adults to autistic adults. Participants were presented with two scenarios: one in which intentionality and harmful outcomes were explicitly stated and one in which intentionality and harmful outcomes were not explicitly stated and had to be inferred. Autistic adults demonstrated lower reasoning abilities compared to non-autistic adults. Autistic adults had difficulty considering intentionality and/or potential harmfulness when engaging in illegal activity or confronted with wrongful situations. When specific information was provided about intent and potential harm, the difficulties in reasoning still existed, though to a lesser extent, suggesting that anticipating the potential outcome of an action is not intuitive for an autistic person. ToM difficulties may contribute to an individual misreading another's reactions to their behavior and perhaps assuming that their interaction partner was accepting of the way in which they were behaving. In some situations, this might result in their behaving inappropriately and engaging in criminal acts against the other person. For example, the individual who misreads another person's subtle verbal or nonverbal signs of disapproval toward initial instances of inappropriate behavior, such as sharing inappropriate sexual images or making uninvited sexual advances, may reason that their interaction partner is accepting of and perhaps tacitly approving the continuation of that behavior. (Micheal & Brewer, 2024). Dell'Osso et al., 2024 identified predisposing factors for offending in a population of inmates with autism. These included the lack of awareness for the outcome, social naivety, impulsivity, misinterpretation of the rules and intense obsessions.

**The Impact of Autism on the Behavior and Decision Making of Mr. Smith**

Based on multiple assessments, Edward Smith meets criteria for an Autism Spectrum Disorder. Relative to his overall level of intelligence, he is particularly impacted in the area of socialization. According to his Vineland Adaptive Behavior Scales scores, Mr. Smith's core for the Socialization domain, which reflects his functioning in social situations, is in the lowest percentile (<1). According to his scores on the Maladaptive Behavior Scale, he engages in compulsive behaviors and becomes so fixated on a topic that it annoys others. Poor social functioning and intense obsessions are two of the predisposing factors for criminal involvement identified by Dell'Osso et al., (2024).

Mr. Smith's scores on the Social Responsiveness Scale, as administered by Dr. Tyler Whitney, indicate deficiencies in reciprocal social behavior that are clinically significant and lead to severe and enduring interference with everyday social interactions.  According to the Informant Report of the SRS, Mr. Smith's greatest deficits are in the areas of Social Cognition (understanding why people do the things they do and act the way they do) and restricted and repetitive behaviors.  These impairments have relevance to the charges against him and his efforts to communicate with sex workers after his arrest.  Poor social cognition means it would have been extremely difficult, if not impossible for him to consider how other people might view his behavior as potentially obstructionist. Furthermore, his criminal case has become his deep interest. Thus, his efforts to resolve it have come to reflect the restricted and repetitive behaviors inherent in a diagnosis of autism.

Mr. Smith's scores on the Autism Spectrum Quotient (AQ) confirm he has substantial difficulty working out the intentions of others.  His scores on the Social Subscale suggest that he has particular difficulty inferring social norms, especially those that are not explicitly stated. Absent a law degree and without explicit rules around not communicating with others involved in his case, Mr. Smith would not necessarily intuit that this was wrong or that his actions could be viewed by others as obstructionist. On the Autism Diagnostic Observation Schedule-2 (ADOS 2) Mr. Smith demonstrated limited understanding into the thoughts and feelings of others. He also had a limited understanding of typical social relationships and his role within those relationships.

Mr. Smith's scores on the Behavior Rating Inventory of Executive Functioning 2 A (BRIEF 2A) reflect substantial difficulty in two areas with particular relevance to his case. The Self Monitor Scale assesses the extent to which a person is aware of the impact of their behavior on others.  Both Mr. Smith and his wife, Heather Rodgers, rated him as having substantial difficulty monitoring his behavior in social settings. He tends to show limited awareness of his behavior and the impact it has on his social interactions with others. The Shift Scale measures a person's ability to shift their attention from one situation, activity or problem to another. This includes the ability to transition, tolerate change, solve problems in a flexible manner and switch topics or tasks. People with difficulty in this area tend to be rigid in their thinking and behavior and get stuck in their thinking.  Both Mr. Smith and his wife indicated that he has extreme difficulties flexibly adapting to changes in his environment, in plans or demands. Theory of Mind Deficits are often referred to as Mindblindness.

On assessment after assessment, Mr. Smith's impairments were highlighted in terms of his cognitive rigidity, or tendency to get stuck on one way to solve a problem, his inability to view how others viewed his behavior and how his behavior impacted others.  This is an error in social judgment, not criminal judgment.

My opinions herein are based upon my professional judgment and are offered to a reasonable degree of professional certainty.

*[signature]*
Laurie Sperry, Ph.D., BCBA-D,
MSc Forensic Psychology/Criminal Investigation

## References

Dell'Osso, L., Nardi, B., Calvaruso, M., Castellani, L., Pronestì, C., Cremone, I. M., ... & Carpita, B. (2024). Breaking down the stigma: a review of the literature on the relationships between autism spectrum disorder and criminal behavior. *Brain Sciences*, *14*(10), 984.

Kernahan, M., Weber, N., Lim, A. *et al.* The Understanding of Wrongfulness by Autistic Individuals in the Criminal Justice System. *J Autism Dev Disord* (2025). https://doi.org/10.1007/s10803-025-07077-3

Margoni, F., & Surian, L. (2016). Mental state understanding and moral judgment in children with autistic spectrum disorder. *Frontiers in Psychology*, *7*, 1478.

Michael, Z., & Brewer, N. (2024). Detecting criminal intent in social interactions: The influence of autism and theory of mind. *Law and Human Behavior*.