

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 26, 2026

**By ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: ***United States v. Edward Smith**,*
     **S2 25 Cr. 4 (PAE)**

Dear Judge Engelmayer:

   The Government respectfully writes in the above-captioned matter to confirm formally that the Court has scheduled a change of plea hearing for Tuesday, January 27, 2026, at 11:30 a.m. At this hearing, as the Government informed Your Honor's chambers, the Government expects that the defendant will enter a plea of guilty to certain counts in the superseding indictment pursuant to a written plea agreement, a copy of which has been submitted by email to chambers. The Government further respectfully requests that, to ensure the maximum opportunity for victims to attend the hearing while respecting their confidentiality, and particularly given that multiple victims are not in New York, the Court provide a dial-in number, to be used by victims or their counsel.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney for the
        Southern District of New York

    By: s/    
        Remy Grosbard
        Rita Maxwell
        Daniel C. Richenthal
        Joseph Zabel
        Assistant United States Attorneys
        (212) 637-2446/2206/2413/1559

cc:  Counsel of Record (by ECF)